**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 14-cv-2724-WJM-KMT

KRISTY LARSON,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, and
AMERICAN STANDARD INSURANCE COMPANY OF WISCONSIN,

    Defendants.

---

**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL**

---

This matter comes before the Court on the Parties' Stipulated Motion for Dismissal, filed August 10, 2015 (ECF No. 33). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Parties' Stipulated Motion to Dismiss is GRANTED. The above-captioned action is hereby DISMISSED WITH PREJUDICE. Each party shall pay her or its own attorney's fees and costs.

Dated this 11th day of August, 2015.

BY THE COURT:

_____
William J. Martínez
United States District Judge